**Kenneth L. Robinson, Esq.**
**ROBINSON & ASSOCIATES, P.C.**
Attorneys at Law
35 Roosevelt Avenue
Syosset, New York 11791
1(516)496-9044
Fax: 1(516) 496-9047

June 30, 2015

Hon. Catherine O'Hagan Wolfe
Clerk of the Court
Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007

Re: Sunoco, Inc. (R&M) v. 175-33 Horace Harding Realty Corp.
Case No.: 15-1990

Dear Ms. Wolfe:

In accordance with Local Rule 31.2 (a)(2). Appellant requests to file its brief with this Court on September 29, 2015. Please request the Court to so order this date.

Thank you for your consideration.

Very truly yours,

Kenneth L. Robinson, Esq.

KLR:jc

cc: Michael Reed, Esq., by ECF