# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

———————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of September, two thousand and fifteen,

———————————————————————

Sunoco, Inc. (R&M),

      Plaintiff - Appellee,

v.

175-33 Horace Harding Realty Corp.,

      Defendant-Counter-Claimant - Counter-Defendant -Appellant.

———————————————————————

**ORDER**
Docket No. 15-1990

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

*Catherine O'Hagan Wolfe*

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*

CERTIFIED COPY ISSUED ON 09/16/2015